ACCEPTED
06-15-00128-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/28/2015 3:04:19 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 06-15-00128-cr

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE SIXTH COURT |
| VS. | § | OF APPEALS |
| JEREMY CASE RODRIGUEZ | § | OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/28/2015 3:04:19 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jeremy Case Rodriguez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 12th District Court of Walker County, Texas.

2. The case is styled *State of Texas vs. Jeremy Case Rodriguez*, and was given trial court cause number 26838.

3. Appellant was convicted of injury to a child.

4. Appellant was assessed a sentence to confinement in the Texas Department of Criminal Justice-Institutional Division for 10 years on June 24, 2015.

5. Notice of appeal was given on July 2, 2015.

6. A clerk's record was filed on August 28, 2015; and a reporter's record was filed with the Appeals Court on August 6, 2015.

7. Appellant's appellate brief is currently due on September 28, 2015.

9. Appellant requests an extension of time until October 28, 2015.

10. Appellant is currently incarcerated in the Texas Department of Corrections.

11.     Appellant relies on the following facts as good cause for the requested extension:

I have reviewed the clerk's record and the court reporter's transcript in this case. I have written my client to see if he wishes to pursue his appeal, and I am waiting for a response.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Celeste Blackburn
Attorney at Law
State Bar 24038803
333 N. Rivershire Drive, Suite 285
Conroe, Texas 77304
936-703-5000
celesteblackburn@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on September 28, 2015, a true and correct copy of the above and foregoing document was served the Walker County District Attorney's Office via fax to 936-435-2449.

Celeste Blackburn

## CAUSE NO. 06-15-00128-CR

| STATE OF TEXAS | § | IN THE SIXTH COURT |
|---|---|---|
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| JEREMY CASE RODRIGUEZ | § | OF TEXAS |

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Celeste Blackburn, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____

Celeste Blackburn
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on \_\_\_9-28_____, 2015, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

JUDITH SHIELDS
My Commission Expires
May 14, 2019